William F. Keller, Respondent, *v.* Lehigh Valley Railroad Company, Appellant.

*Keller* v. *Lehigh Valley R. R. Co.*, 132 App. Div. 946, affirmed.
(Argued October 6, 1910; decided October 25, 1910.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*John Taber* and *John M. Brainard* for appellant.

*Frank C. Sargent* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Vann, Werner, Willard Bartlett, Hiscock and Chase, JJ.